

Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00017 |
| | ) JUDGE TRAUGER |
| CHARLES E. BROOKS | ) |

## UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, Charles E. Brooks, respectfully moves the Court to continue the trial of his case now set for April 9, 2013. Defendant needs additional time in which to complete his investigation. Counsel for the defendant has not been able to locate and interview fact witnesses or to evaluate the government's proof and potential defenses sufficiently to advise Mr. Brooks of his option or to prepare for a trial by April 9, 2013. The defendant, who is detained pretrial, has executed a waiver of his speedy trial rights, which waiver is filed herewith. Undersigned counsel is authorized to state that the attorney for the government is unopposed to this motion. Defendant asserts that a consideration of these factors demonstrates the interests of justice are served by the continuance sought.

Respectfully submitted,

 s/ *Henry A. Martin*
HENRY A. MARTIN (BPR #002830)
Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee  37203
615-736-5047
E-mail: henry_martin@fd.org

Attorney for Charles E. Brooks