IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED for extension to 5/3/13.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00017 |
| ) | JUDGE TRAUGER |
| ) | |
| CHARLES E. BROOKS ) | |

## MOTION FOR FURTHER EXTENSION OF TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS

The Court has previously extended, at the defendant's request, the time within which to file pretrial motions up to and including March 22, 2013.

Defendant was arrested on the evening of November 1, 2012, following a warrantless stop initiated by private security officers, assisted shortly by Metropolitan Police Department officers. During this incident, the defendant was removed from the vehicle in which he had been a passenger and was placed under arrest. Certain items of evidence were seized, including a bag of plant material alleged to be marijuana and a handgun. Defendant's investigation of this incident has not proceeded to the point yet where he can allege facts sufficient to establish that his rights under the 4th Amendment were infringed by government action or to establish standing to challenge the seizure of evidentiary items. Therefore, defendant moves for another extension of time within which to file pretrial motions. The defendant has seperately filed a motion to continue the trial of his case. If that motion is granted, the defendant asks that time within which he may file pretrial motions be extended up to and including 21 days before the new trial date.