IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 8/12/13.==

| UNTED STATES OFAMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 3:13-CR-00017 |
| | ] | Judge TRAUGER |
| CHARLES E. BROOKS | ] | |

## MOTION FOR EXTENSION OF DEADLINE TO FILE PRETRIAL MOTIONS

Comes now the defendant, Charles Brooks, through counsel and respectfully moves the Court to grant the defendant additional time in which to file pretrial motions. The Court had granted a previous request by prior counsel extending the deadline to May 3, 2013. As is stated in the separately filed motion to continue trial, current counsel was just appointed to the case on May 1, 2013, and requires additional time to fully evaluate the proof and any possible issues with regard to that proof that could require the filing of pretrial motions. If the Court grants the separately filed motion to continue, the defendant would request that the deadline for filing motions be extended up to and including 21 days prior to the new trial date.

Respectfully submitted,

 s/ Kelly D. Young
KELLY D. YOUNG, 026681
1308 Rosa L. Parks Blvd.
Nashville TN 37208
(615) 254-0202