## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00017 |
| | ) | Judge Trauger |
| | ) | |
| CHARLES E. BROOKS | ) | |

## O R D E R

Given the filing of a Motion to Suppress by the defendant (Docket No. 40) and the circumstance that the court is unable to decide this motion prior to the present trial date of September 24, 2013, it is hereby **ORDERED** that the trial scheduled for September 24, 2013 is **CONTINUED**, to be reset after disposition of this motion.

It is so **ORDERED**.

ENTER this 30th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge