UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 9/23/13.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00017 |
| | ) | Judge Trauger |
| CHARLES BROOKS | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an additional extension to Monday, September 23, 2013, to respond to the defendant's Motion to Suppress (D.E. 40), pending before the Court.

In support of this motion, the undersigned submits the government is in the process of finalizing its response and needs brief additional time to complete this process. Therefore, the undersigned requests an extension to Monday, September 23, 2013, to file a response to the defendant's Motion to Suppress.

Defense counsel has been contacted and has no objection to this request.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*s/ Clay T. Lee*
CLAY T. LEE
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151