### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00017 |
| | ) | Judge Trauger |
| | ) | |
| CHARLES E. BROOKS | ) | |

### O R D E R

It is hereby **ORDERED** that an evidentiary hearing on the defendant's Motion to Suppress Evidence (Docket No. 40) will be held on Friday, November 1, 2013, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 25th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge