UNITED SnTATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 11/15/13 at 1:30 p.m.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 3:13-cr-00017 |
| v. | ) | |
| | ) | Judge Trauger |
| CHARLES E. BROOKS | ) | |

## MOTION TO RESCHEDULE EVIDENTIARY HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests that the Court reschedule the presently scheduled evidentiary hearing in this matter from November 1, 2013, to November 15 or November 22, 2013. (D.E. 47).

In support of this request, the undersigned advises he has tentatively scheduled, personal, out-of-state travel planned for November 1, 2013. Additionally, the undersigned has consulted with counsel for the defendant, Kelly D. Young, who advises that a brief continuance would be beneficial to his client, due to difficulty in locating potential witnesses for November 1 hearing. Mr. Young believes a brief continuance, as contemplated by this motion, could be beneficial in facilitating the appearance of those witnesses. The undersigned has consulted with Mr. Young, and both parties jointly advise the court of their availability for a November 15 or November 22, 2013, hearing at the Court's convenience.

Respectfully submitted,

**David Rivera**
Acting United States Attorney for the
Middle District of Tennessee

**s/ Clay T. Lee**
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151