IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 12/17/13 at 2:00 p.m.

| UNTED STATES OFAMERICA | ] | |
| --- | --- | --- |
| | ] | |
| v. | ] | No. 3:13-CR-00017 |
| | ] | Judge TRAUGER |
| CHARLES E. BROOKS | ] | |

## MOTION TO CONTINUE SUPPRESSION HEARING

Comes now the defendant, Charles Brooks, through counsel and respectfully moves the Court to continue the suppression hearing in this case which is set for November 22, 2013. Counsel submits that he is still attempting to locate a necessary witness for the hearing. Counsel has been able to locate and interview one witness and, based upon that interview, there are additional witnesses and documentation that may support the defendant's suppression argument and burden of proof that need to be subpoenaed. This additional evidence was unknown to counsel until today. Counsel for the defendant has discussed this continuance with the attorney for the government and the government is unopposed to this motion. Furthermore, counsel would state that he would be out of the country starting on January 6, 2014 through January 13, 2014. Defendant asserts that a consideration of the issues stated herein demonstrates that granting the defendant's request for a continuance would serve the interests of justice.

Respectfully submitted,

 s/ Kelly D. Young
KELLY D. YOUNG, 026681
1308 Rosa L. Parks Blvd.
Nashville TN 37208
(615) 254-0202