IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00017 |
| | ) | Judge Trauger |
| | ) | |
| CHARLES E. BROOKS | ) | |

### O R D E R

It is hereby **ORDERED** that the suppression hearing scheduled for December 17, 2013 is **RESET** for Friday, January 24, 2014, at 9:30 a.m.

It is so **ORDERED**.

ENTER this 4th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge