**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

<span style="background-color: yellow">Motion GRANTED.</span>

| | | |
|---|---|---|
| **UNTED STATES OFAMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **No.    3:13-CR-00017** |
| | ] | **Judge TRAUGER** |
| | ] | |
| **CHARLES E. BROOKS** | ] | |

## MOTION FOR UNITED STATES MARSHAL'S OFFICE
## TO SERVE SUBPEONA FOR CHARLES BLACK

Comes now the defendant, Charles Brooks, through counsel and respectfully moves the Court to grant the defendant's motion and order the U.S. Marshal's Office to serve the subpoena for Charles Black to appear at the suppression hearing scheduled for Wednesday, January 22, 2014.  Mr. Brooks is currently detained at the Robertson County Detention Facility.  Mr. Brooks has been declared to be indigent and counsel was appointed to represent him in these matters. Based upon this information, the defendant respectfully requests the Court grant his motion to have the U.S. Marshal's serve the subpoena upon Charles Black.

Respectfully submitted,

_s/ Kelly D. Young_____
KELLY D. YOUNG, 026681
1308 Rosa L. Parks Blvd.
Nashville TN 37208
(615) 254-0202